## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 631-1 | **DATE** | 8/9/2008 |
| **CASE TITLE** | United States of America vs. Luther Riley | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant appears in response to arrest on 8/8/08. Kent R. Carlson is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel. Defendant waives identity hearing. Government seeks detention. Defendant waives bond hearing without prejudice to its renewal in Tallahassee, Florida. Defendant is ordered detained until further order of court. Order defendant removed in custody to the Northern District of Florida, Tallahassee Division for further proceedings in Indictment 4:08CR40-RH forthwith.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|