UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

*United States v. Luther Riley*

Case **08CR631-1**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Luther Riley*

FILED
8-9-08
AUG X 9 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ *Kent R. Carlson* |
|---|---|
| FIRM | Kent R. Carlson & Assoc. PC |
| STREET ADDRESS | 53 W Jackson #1544 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-663-9601 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [X]    APPOINTED COUNSEL [ ]