*H HN*

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Northern District of Florida
United States Courthouse Annex,
  3rd Floor
111 North Adams Street
Tallahassee, FL 32301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kayle Bruner_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Kayla Bruner_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0001 7312 5700

PS Form 3811, February 2004    Domestic Return Receipt    O8 CR b31    102595-02-M-1540

O8 CR 631

F I L E D
8-25-2008
AUG 25 2008   AEE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT